# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CECIL WAYNE GREGORY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-327-R |
| ) | |
| LINDAMOOD HEAVY HAULING ) | |
| INC., *a foreign for-profit corporation;* ) | |
| and JOHN RYAN THEOBALT, *an* ) | |
| *individual*, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE AS COUNSEL OF RECORD

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendants Lindamood Heavy Hauling, Inc. and John Ryan Theobalt.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

s/Thomas A. Paruolo
Thomas A. Paruolo, OBA #18442
Cody A. Reihs, OBA #34291
P.O. Box 138800
Oklahoma City, OK 73113
T: (405) 705-3600
F: (405) 705-2573
tom@46legal.com
creihs@46legal.com
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

    This is to certify that on the 11th day of May, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Nathan D. Rex, OBC #31694<br>Greg S. Keogh, OBA # 33933<br>Parrish DeVaughn, PLLC<br>7 Mickey Mantle, Second Floor<br>Oklahoma City, OK 73104<br>405-444-4444<br>405-232-0058 (f)<br>nate@parrishdevaughn.com<br>greg@parrishdevaughn.com<br>***Attorneys for Plaintiff*** | Jason Itkin<br>Caj Boatright<br>Roland Christensen<br>Logan Wexler<br>Arnold & Itkin LLP<br>6009 Memorial Drive<br>Houston, TX 77007<br>Tel: 713-222-3800<br>Fax: 713-222-3850<br>e-service@arnonlditkin.com<br>jitkin@arnolditkin.com<br>cboatright@arnolditkin.com<br>rchristensen@arnolditkin.com<br>lwexler@arnolditkin.com |

    s/Thomas A. Paruolo